



# MEMORANDUM OPINION

No. 04-11-00138-CV

**IN THE INTEREST OF J.A.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02078
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  April 6, 2011

DISMISSED FOR WANT OF PROSECUTION

On March 4, 2011, we notified appellant that the trial court clerk had filed a notification of late clerk's record, stating that the clerk's record had not been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. We, therefore, ordered appellant to provide written proof to this court on or before March 14, 2011, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

As of this date, appellant has failed to either comply with or respond to our prior order. Therefore, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c).


PER CURIAM